UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| PAMELA JEAN METZGER, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00180-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #7) entered on June 8, 2007, recommending dismissing with prejudice Plaintiff's Complaint (Doc. #1) filed on April 11, 2007.   Plaintiff filed her Objections to Magistrate Judge's Report and Recommendation (Doc. #8) on June 25, 2007, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

Also before this court is Plaintiff's Motion for Default Judgement (Doc. #9) filed June 25, 2007.

The court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Report and Recommendation of U.S.Magistrate Judge (Doc. #7) entered on June 8, 2007, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Report and Recommendation of U.S. Magistrate Judge (Doc. #7) entered on June 8, 2007, is adopted and accepted, and Plaintiff's Complaint (Doc. #1) is DISMISSED with prejudice.  Plaintiff's Motion for Default Judgement (Doc. #9) is DENIED as moot.

The Clerk shall close the case.

IT IS SO ORDERED.

DATED this 3rd day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE