UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PAMELA JEAN METZGER, ) | |
| ) | 3:07-cv-00180-LRH-VPC |
| Plaintiff, ) | |
| ) | <u>MINUTES OF THE COURT</u> |
| vs. ) | |
| ) | September 12, 2007 |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Plaintiff's Motion for Reconsideration (#13) of the court's order (#10) adopting and accepting the Report and Recommendation of U.S. Magistrate Judge (#7). The court finds no valid grounds for reconsideration of its Order (#10). Plaintiff's Motion for Reconsideration (#13) is DENIED.

                                          LANCE S. WILSON, CLERK

                                          By:    /s/
                                                   Deputy Clerk